```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 24320
   DANIEL THOMAS DEAVERS
   NAOMI JUNE DEAVERS                         CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-7288     SSN XXX-XX-5180

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/27/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  NOTICE ONLY     NOT FILED            .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00             .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   30418.05             .00           .00
TAYLOR BEAN & WHITAKE     CURRENT MORTG        .00             .00           .00
TAYLOR BEAN & WHITAKE     MORTGAGE ARRE    8992.70             .00           .00
GMAC                      SECURED VEHIC    7039.66             .00           .00
CAPITAL ONE               UNSECURED        3160.69             .00           .00
TAYLOR BEAN & WHITAKE     UNSECURED      NOT FILED             .00           .00
JEREMIAH P MURRAY         DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                          --------------         --------------
TOTALS                        .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE